**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 6, 2011.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-11-00857-CV

———————

## IN RE HUNTER BUILDINGS & MANUFACTURING, L.P., ET. AL., Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-50193**

## M E M O R A N D U M   O P I N I O N

On October 5, 2011, relators filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. Relators ask this court to compel the respondent, the Honorable Steven E. Kirkland, presiding judge of the 215th District Court of County, Texas, to vacate orders issued October 4, 2011 denying relators' (1) "Motion for Reconsideration of the Court's September 23, 2011 Order Denying Defendants' Motion to Enforce Court Ruling of September 16, 2011 as to additional discovery pertaining to MB Industries, L.L.C."; and (2) "Motion for Pretrial Determination of What Rights Have Been Redeemed." With their petition for writ of mandamus, relators

filed an emergency motion for temporary relief seeking an immediate stay of the commencement of trial.

Relators have not established entitlement to the extraordinary relief of a writ of mandamus. Accordingly, we deny relators' petition for writ of mandamus and deny their emergency motion for stay of the trial proceedings.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Boyce.